# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

146264

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LARRY A. MITCHELL and ALLISON
MITCHELL, a minor by and through her father
and next friend Larry A. Mitchell,
        Plaintiffs-Appellants,

v

SC: 146264
COA: 304124
Monroe CC: 10-028531-NP

MCNEILUS TRUCK AND MANUFACTURING,
INC., a/k/a MCNEILUS COMPANIES, INC.,
        Defendant-Appellee,

and

OSHKOSH SPECIALTY VEHICLES, INC., a/k/a
OSHKOSH CORPORATION and ILLINOIS
NATIONAL INSURANCE COMPANY,
        Defendants,

and

ILLINOIS NATIONAL INSURANCE
COMPANY,
        Counter-Plaintiff,

and

LARRY A. MITCHELL and ALLISON
MITCHELL, a minor by and through her father
and next friend Larry A. Mitchell,
        Counter-Defendants.

_____/

On order of the Court, the application for leave to appeal the October 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013

_____
Clerk

p0424